# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-2418

———————————————

Jamie Shawn McCall

*Plaintiff - Appellant*

v.

Winter, Nurse, Medical Department, Faulkner County Jail; Stewart, Dr., Medical Department, Faulkner County Jail; Davis, Deputy, Jailor, Faulkner County Jail; Pruett, Deputy, Jailor, Faulkner County Jail; Teel, Corporal, Jailor, Faulkner County Jail; Spaul, Corporal, Jailor, Faulkner County Jail; Flowers, Deputy, Jailor, Faulkner County Jail; Vincient, Captain, Faulkner County Jail; Shock, Sheriff, Faulkner County Jail; Kelley, Deputy, Jailer, Faulkner County Jail

*Defendants - Appellees*

———————————

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

———————————

Submitted: April 5, 2016
Filed: April 8, 2016
[Unpublished]

———————————

Before LOKEN, BYE, and KELLY, Circuit Judges.

———————————

PER CURIAM.

In this 42 U.S.C. § 1983 action, Jamie McCall appeals the district court's[1] adverse grant of summary judgment on his failure-to-protect and medical deliberate-indifference claims arising out of events that occurred while he was a pretrial detainee at the Faulkner County Jail. After de novo review, viewing the evidence and drawing all reasonable inferences in favor of McCall, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review), we conclude that summary judgment was properly granted for the reasons stated by the district court. See also Schoelch v. Mitchell, 625 F.3d 1041, 1046–48 (8th Cir. 2010) (discussing failure-to-protect claims); Allard v. Baldwin, 779 F.3d 768, 771–73 (8th Cir. 2015) (discussing medical deliberate-indifference claims). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.